| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>DE MENT, IRA | 2. Court or Organization<br><br>US DIST COURT, MIDDLE DIST- AL | 3. Date of Report<br><br>07/21/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE, SENIOR STAT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>P O BOX 2149<br>MONTGOMERY, AL 36102-2149 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   TRUSTEE | GRANTOR TRUST |
| 2.   CO-TRUSTEE | [ ▓▓▓ ] TRUST |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

De Ment. Ira

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 07/21/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 07/21/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 07/21/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. SAVINGS BOND #1 | B | Interest | K | T | | | | | |
| 2. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3. Regions Financial Corporation, Common | A | Dividend | J | T | | | | | |
| 4. AL Drinking WFA RVL Bond 4.85% due 8/15/2022 | A | Interest | J | T | | | | | |
| 5. Sun Life Financial | A | Dividend | J | T | | | | | |
| 6. Capital Income BLDR Fd Cl C | B | Dividend | L | T | | | | | |
| 7. Calamos Growth & Income Fd C | A | Dividend | K | T | | | | | |
| 8. AL State Brd Ed Reid St Tech College | B | Interest | L | T | | | | | |
| 9. AL Bldg Rnvtn Fin Auth Rev Bldg | B | Interest | L | T | | | | | |
| 10. Boaz AL 3.55% 3/1/2013 | B | Interest | L | T | | | | | |
| 11. Eaton Vance Muns TR EV Natl Muni FD | B | Int./Div. | K | T | | | | | |
| 12. Wachovia Money Market Fund | A | Interest | | | Sold | 03/31/09 | K | | |
| 13. Citibank NA Bank Deposit Program | A | Interest | K | T | Buy | 03/31/09 | K | | |
| 14. IRA #1 | | | | | | | | | |
| 15. Wachovia Cash/Money Market Fund | A | Interest | | | Sold | 03/31/09 | L | | |
| 16. ...Continued | A | Distribution | | | | | | | |
| 17. Royce Fd Total Return Fd | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 07/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. T Rowe Price Blue Chip Grwth Fd | A | Dividend | K | T | | | | | |
| 19. RG Premier Bank | C | Interest | | | Sold | 09/21/09 | L | | |
| 20. Dodge & Cox Intl Stock Fund | A | Dividend | K | T | | | | | |
| 21. Longleaf Partners FDS Trust | A | Dividend | K | T | | | | | |
| 22. Longleaf Partners FDS TR Small Cap | A | Dividend | K | T | | | | | |
| 23. Discover Bank Greenwood DE | A | Interest | | | Sold | 06/01/09 | K | | |
| 24. Highland Bank ST Michael MN | A | Interest | K | T | | | | | |
| 25. Fairholme Fund Fairx | A | Dividend | K | T | | | | | |
| 26. Hartford Captial Appre Fund Class I | | | K | T | | | | | |
| 27. American High Income Trust Class F | B | Dividend | K | T | Buy | 06/16/09 | K | | |
| 28. Dreyfus Money Market Fund | A | Int./Div. | L | T | Buy | 03/31/09 | L | | |
| 29. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 30. Eaton Vance National Municipals Fund | C | Int./Div. | L | T | | | | | |
| 31. Huntsville Madison Co AL Bond 5.0% due 7/1/18 | B | Interest | K | T | | | | | |
| 32. Jefferson CNTY AL Brd ED Bond 4.75% due 2/15/16 | B | Interest | K | T | | | | | |
| 33. Evergreen Fixed Hi Yld Cl C | B | Dividend | K | T | | | | | |
| 34. AL Bldg Rnvn 4% | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 07/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Calamos Growth & Income Fd C | A | Dividend | K | T | | | | | |
| 36. Capital Income Bldr Cl C | B | Dividend | K | T | | | | | |
| 37. Franklin Income FD CL C | C | Dividend | K | T | | | | | |
| 38. Wachovia Money Market Fund | A | Interest | | | Sold | 03/31/09 | J | | |
| 39. Citibank NA Bank Deposit | A | Interest | J | T | Buy | 03/31/09 | J | | |
| 40. Beneficial Interest in [____] Trust #1 | | | | | | | | | |
| 41. Regions Bank, Montgomery, AL (formely Amsouth) | | | | | | | | | |
| 42. Income Beneficiary only, no interest in principal | | | | | | | | | |
| 43. U.S. Savings Bonds, Series HH | B | Interest | | | Redeemed | 05/01/09 | M | | |
| 44. Pioneer Fund Cl Y | B | Dividend | M | T | | | | | |
| 45. Regions Trust Money Market Account | A | Dividend | J | T | | | | | |
| 46. AIM Trimark CL I | A | Dividend | | | Sold | 07/13/09 | J | | |
| 47. Pioneer Mid Cap Value Fund Class | | None | J | T | | | | | |
| 48. RMK Mid Cap Growth Fund See Note 2. | | None | | | Sold | 05/15/09 | J | | |
| 49. Europacific Growth FD CL F See Note 3. | | None | | | Sold | 06/18/09 | K | | |
| 50. Vanguard Tax Exempt Fund #42 | D | Interest | M | T | Buy (add'l) | 07/15/09 | J | | |
| 51. Tax Exempt BD FD of Amer | D | Interest | M | T | Buy (add'l) | 07/15/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 07/21/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Artisan Funds Inc. Small Cap Value | | None | J | T | Buy | 07/13/09 | J | | |
| 53. Fidelity Advisor Small Cap Fund | A | Dividend | J | T | Buy | 07/13/09 | J | | |
| 54. Pioneer Select Mid Cap Growth Y See Note 2. | A | Dividend | J | T | Buy | 07/13/09 | J | | |
| 55. Thornburg International Value Fund Class 1 | A | Dividend | J | T | Buy | 05/15/09 | J | | |
| 56. Europacific Growth FD CL F2 See Note 3. | A | Dividend | J | T | Buy | 06/18/09 | K | | |
| 57. ...continued | | | | | Sold (part) | 06/23/09 | J | | |
| 58. Regions CD #1 | B | Interest | L | T | | | | | |
| 59. Grantor Trust #2 | | | | | | | | | |
| 60. Capital Income BLDR Fd Cl C | | None | | | Sold | 03/06/09 | J | | |
| 61. Wachovia Money Market Fund | A | Int./Div. | | | Sold | 03/06/09 | J | | |
| 62. IRA #2 | | | | | | | | | |
| 63. Davis NY Venture Fd A | A | Dividend | J | T | | | | | |
| 64. Evergreen Equity Index Fd Cl C | A | Dividend | J | T | | | | | |
| 65. Washington Mutual Investment Fd Cl A | A | Dividend | J | T | | | | | |
| 66. Capital Income Bldr FD CL C | A | Dividend | J | T | | | | | |
| 67. Series HH Bonds | A | Interest | K | T | | | | | |
| 68. Regions Bank Acct #5 (formely Amsouth) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 07/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Regions CD #4 (Y) See Note 4 | | | | | | | | | |
| 70. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 71. Wachovia Money Market/Sweep Funds | A | Interest | | | Sold | 03/31/09 | K | | |
| 72. Pinnacle National Bank CD | A | Interest | | | Sold | 01/26/09 | K | | |
| 73. FirstBank PR CD | A | Interest | | | Redeemed | 05/26/09 | K | | |
| 74. Flagstar Bank FSB CD | B | Interest | | | Redeemed | 08/10/09 | K | | |
| 75. Capital One 4.5% | B | Interest | K | T | | | | | |
| 76. Darby Bank 3.5% | B | Interest | K | T | | | | | |
| 77. Discover Bank 3.8% | B | Interest | K | T | | | | | |
| 78. GE Money Bank 5% | B | Interest | L | T | | | | | |
| 79. GE Money BK 4.7% | B | Interest | L | T | | | | | |
| 80. Imperial Cap 3.8% | B | Interest | | | Sold | 12/23/09 | K | | |
| 81. Wachovia BK 4.55% | C | Interest | L | T | | | | | |
| 82. Wachovia BK 5% | B | Interest | K | T | | | | | |
| 83. Wachovia MTG 4.75% | B | Interest | K | T | | | | | |
| 84. Cit Bank - UT 3.5% | A | Interest | K | T | Buy | 06/24/09 | K | | |
| 85. Keybank Nat'l Association 2.4% | A | Interest | L | T | Buy | 04/15/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 07/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Doral Bank | A | Interest | K | T | Buy | 08/12/09 | K | | |
| 87. American High Income Trust Fund Class C | A | Dividend | K | T | Buy | 07/28/09 | K | | |
| 88. PIMCO Total Return Fund Class C | A | Dividend | K | T | Buy | 07/28/09 | K | | |
| 89. PIMCO Real Return Fund Class C | | None | K | T | Buy | 12/30/09 | K | | |
| 90. American Express Centurion Bank | | None | K | T | Buy | 08/05/09 | K | | |
| 91. Citibank Money Market Fund | A | Interest | K | T | Buy | 03/31/09 | J | | |
| 92. Regions CD #6 | C | Interest | M | T | | | | | |
| 93. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 94. Cash/MM | A | Interest | L | T | | | | | |
| 95. Atlantic Southern 4% | C | Interest | | | Redeemed | 12/30/09 | K | | |
| 96. Morgan Stanley 4.05% | A | Interest | K | T | | | | | |
| 97. Royal Bank 4.35% | B | Interest | K | T | | | | | |
| 98. Wachovia BK 4.55% | B | Interest | K | T | | | | | |
| 99. Wachovia MTG 4.55% | B | Interest | L | T | | | | | |
| 100. Regions Bank Acct # 4 | C | Interest | M | T | | | | | |
| 101. Regions Bank Acct # 3 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DE MENT, IRA | 07/21/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Judge Dement's broker left Wachovia Securities to join Morgan Stanley Smith Barney. Assets held in all brokerage accounts, two IRA's, and Grantor Trust #2, found on line 57, remained intact in respective holding accounts upon transition of broker. Assets were not sold, merely transfered from one brokerage firm to another, with a new account name and number.

2) Part VII, Line 48, RMK Mid Cap Growth Fund shares were exchanged for shares of Part VII, Line 54, Pioneer Select Mid Cap Growth Y. The exchange was non-monetary, share for share, thus producing no gain or loss.

3) Part VII, Line 49, Europacific Growth FD CL F shares were exchanged for shares of Part VII,Line 56, Europacific Growth FD CL F2. The exchange was non-monetary, share for share, thus producing no gain or loss.

4) Part VII, Line 69, Regions CD #4, asset was erroneously left on last years report, asset was closed on 07/15/08.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544